# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 89-cr-00378-5-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ERVIN CAMACK,

        Defendant.
_____

## ORDER
_____

Upon stipulation of Timothy Neff, Assistant United States Attorney, counsel for the Plaintiff, and Peter Schild, counsel for Defendant, and upon consent of the Honorable Richard P. Matsch, Case No. 89-cr-00378-5 is transferred and reassigned to Chief Judge Lewis T. Babcock.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: July 19, 2006