PROB 12
(4/96-D/CO)

# UNITED STATES DISTRICT COURT

**for**

**THE DISTRICT OF COLORADO**

U. S. A. vs. ERVIN LEDDREW CAMACK                                                   Docket No. 89-cr-00378-LTB-05

**Petition For Issuance of Summons for Violation of Supervised Release**

COMES NOW, Edward C. Gadden, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Ervin Leddrew Camack, who was placed on supervision by the Honorable Senior Judge Richard P. Matsch, sitting on the court in Denver, Colorado, on the 9th day of August, 1990, who fixed the period of supervision at three years, commencing November 28, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

(none).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(See attached hereto and herein incorporated by reference).

*PRAYING THAT THE COURT WILL ORDER* the issuance of a summons for a supervised release violation hearing, and that said violation hearing be scheduled in conjunction with the sentencing hearing in 06-cr-00243-LTB-01.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this ___26th___ day of July, 2006, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Edward C. Gadden<br>U.S. Probation Officer |
| s/Lewis T. Babcock<br>Lewis T. Babcock<br>Chief United States District Judge | Place   Denver, Colorado<br><br>Date   July 24, 2006 |

## ATTACHMENT

The defendant's signature on December 1, 2003, acknowledged that the conditions of supervision had been read and explained to the defendant, that the defendant fully understood the conditions, and that the defendant was provided with a copy of the conditions.  The defendant's period of supervised release commenced on November 28, 2003.

The defendant has committed the following violations of supervision:

**(1) VIOLATION OF THE LAW:**

Between June 2004 and February 2005, the defendant committed the offense of Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. § 1343 and 2, a Class C felony. This constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

According to the charging documents, during the aforementioned time period, the defendant, along with several others, utilized documents containing material false representations and information to purchase various parcels of real estate at inflated prices and then pocket the illegal proceeds of these sales.

Specifically, on August 7, 2004, the defendant purchased property at 3601 South Pontiac Way, Auorora, CO, for $473,011.  On February 10, 2005, the defendant purchased a second property at 14022 Chenango Drive, Aurora, CO, for $576,600.  The defendant falsely listed his personal income and financial holdings to secure these two loans.

On July 19, 2006, the defendant appeared before Chief Judge Lewis T. Babcock and entered a plea of guilty to Count One of the indictment in 06-cr-00243-LTB-01.  Sentencing in this matter is scheduled for September 28, 2006.

**(2) ASSOCIATION WITH PERSONS INVOLVED IN CRIMINAL ACTIVITY:**

Between June 2004 and February 2005, the defendant associated with individuals who were engaged in criminal activities, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

According to the indictment in 06-cr-00243-LTB-01, the defendant conspired to commit fraud along with Torrance James, Talita James, Ronald Fontanot, Nicole Puller and others for the purpose of purchasing various parcels of real estate at inflated prices and then pocket the illegal proceeds of these sales .

**(3) ASSOCIATION WITH PERSONS CONVICTED OF A FELONY:**

Between June 2004 and February 2005, the defendant associated with individuals who had been convicted of one or more felony offenses.  The defendant did not have permission to associate with these individuals, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

According to the indictment in 06-cr-00243-LTB-01, the defendant conspired with several others to commit wire fraud.  Some of the known co-defendants in this case include Torrance James, Talita James, Ronald Fontanot, and Nicole Puller, all who have been previously convicted of felony-level offenses in state or federal court.  The defendant did not have the permission of the Probation Department to associate with any of these felons while on supervision.